# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual, | Case No.: 8:21-cv-01605-JLS-DFM |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| EUCLID RETAIL, LLC, a California limited liability company; and DOES 1-10, | |
| Defendants. | |

1 | Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2 | it, and being fully advised finds as follows:

3 | **IT IS ORDERED THAT:**

4 | Plaintiff Amber Machowski's action against Defendant Euclid Retail LLC is
5 | dismissed with prejudice.  Each party will be responsible for its own fees and costs.

Dated:  November 29, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE